UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LARA,<br><br>                                        Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, U.S. Secretary of Homeland Security, et al.,<br><br>                                        Respondents. | Case No.:  26-cv-2210-RSH-BJW<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On April 8, 2026, petitioner Ronald Lara filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner alleges that his arrest on August 13, 2025, following a prior grant of immigration parole, was unlawful; that he is a class member in *U.S. Doe v. Dep't of Homeland Sec.*, No. 25-cv-12245-ADB (D. Mass.), in which the district court granted summary judgment to the plaintiff class; and that he is entitled to release from custody on the terms of prior parole. ECF No. 1 ¶¶ 2–5.

On April 15, 2026, Respondents filed a return stating that they do not oppose the Petition. ECF No. 4 at 3. Accordingly, the Petition is **GRANTED**. Within ***one business day of the date of this order***, Respondents shall release petitioner from immigration custody under the terms of his prior parole notice. This order does not constrain

Respondents' ability to impose or modify appropriate conditions of release.[1]

**IT IS SO ORDERED**.

Dated: April 15, 2026

_____
Hon. Robert S. Huie
United States District Judge

---

[1]    To the extent Petitioner seeks to recover attorneys' fees, he must do so pursuant to a noticed motion that complies with the Civil Local Rules of this Court and the undersigned's Pretrial Civil Procedures.

26-cv-2210-RSH-BJW